\*Brown *vs.* The State ; The Mayor, etc. of Brunswick *vs.* Morris *et al.*; Sheler *vs.* Pulliam *et al.*; Montmollin, administratrix, *vs.* Solomon's Lodge ; Trimble *vs.* Warren ; Mayes *vs.* Meaders.

The discretion of the court below will not be controlled in granting or refusing a new trial unless abused.   This is especially applicable to the grant of the first new trial.

---

### Hall *et al. vs.* Burtrell.

This case is controlled by sixth head-note in *Ware vs. The City Bank of Macon*, 59 *Ga.*, 840.
Jackson, Judge.

---

### Mulligan *vs.* Hammil *et al.*

Complainant having a full and complete remedy at law, the demurrer to this bill was properly sustained.
Warner, Chief Justice.

---

### Beckham *et al. vs.* Hulsey *et al.*

Where the bill of exceptions is not served within ten days after it was certified by the judge, the writ of error will be dismissed.
Warner, Chief Justice.

---

### Slater *et al. vs.* Manes.

[This case was argued at the last term and decision reserved.]

Where the record  contains no pleadings setting forth the case in which the new trial was refused, the writ of error will be dismissed.
Warner, Chief Justice.

---

\*No reports or opinions are published in the following  cases  under the provisions of c t of March 2d, 1875.   (R.)